## MINNESOTA TRIBUNE CO. v. ASSOCIATED PRESS.

(Circuit Court of Appeals, Eighth Circuit. January 31, 1898.)

### No. 906.

DECREE ON APPEAL—MODIFICATION AFTER END OF TERM.

A motion to modify an order of affirmance will be denied, when the motion is filed long after the term at which the order was entered.

Appeal from the Circuit Court of the United States for the District of Minnesota.

This was a bill by the Minnesota Tribune Company against the Associated Press to specifically enforce the provisions of a contract. The circuit court dismissed the bill after a hearing on the merits (77 Fed. 354), and the complainant appealed. Heretofore, on November 22, 1897, this court filed an opinion sustaining the rulings below, and directing an affirmance of the decree. 83 Fed. 350. The complainant has now moved to modify the order of affirmance, so as to direct the dismissal of the bill, without prejudice to the complainant's right to sue at law.

Munn & Thygeson, for appellant.

W. D. Cornish and Emanuel Cohen, for appellee.

Before BREWER, Circuit Justice, THAYER, Circuit Judge, and RINER, District Judge.

PER CURIAM. The motion filed in this case on January 17, 1898, to modify the order of affirmance herein so as to direct the dismissal of the bill without prejudice to the complainant's right to sue at law, is denied for two reasons: First, because the majority of the court are of opinion that the decree of the circuit court dismissing the cause of action on its merits was right; and, second, because the motion to modify the order of affirmance in this court was not filed until long after the term had lapsed at which the order of affirmance was entered.